IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KENNETH A. BOWMAN and <br> COMMERCIAL BANK <br><br> Plaintiffs, <br><br> v. <br><br> ASSURANCE COMPANY OF AMERICA <br><br> Defendant. | No. 3:07-cv-388 <br> (Phillips) |

## STIPULATION AND ORDER OF DISMISSAL

Come the parties in the above-styled matter, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having ruled that a settlement was reached between the parties pursuant to this Court's Order of February 6, 2009, it is

ORDERED that Plaintiffs' Complaint is hereby dismissed with prejudice.

_____
Honorable Thomas W. Phillips
United States District Judge

1

APPROVED FOR ENTRY:


/s/ Gregory C. Logue
Gregory C. Logue, BPR # 012157
Attorney for Commercial Bank

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000
(865) 215-1001 (fax)
logueg@wmbac.com


/s/ James T. Normand
James T. Normand, BPR #012739
Attorney for Kenneth A. Bowman

JOYCE, MEREDITH, FLITCROFT & NORMAND
P.O. Box 6197
Oak Ridge, Tennessee 37831


/s/ Barry A. Howard
Barry A. Howard, BPR #005887
Attorney for Defendant

HOWARD, TATE, SOWELL, WILSON & BOYTE
150 Second Avenue North, Suite 201
Nashville, Tennessee 37201